UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
) CR. 2:00-CR-00445-DAD
v. )
)
RAMON MARTIN GOMEZ )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum            () Ad Testificandum

Name of Detainee:
Detained at (custodian):
Detainee is:    a.)   () charged in this district by:  () Indictment  () Information  (X) Complaint
                                charging detainee with: _TSR Violation_
    or    b.)   () a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)   (X) return to the custody of detaining facility upon termination of proceedings
    or    b.)   () be retained in federal custody until final disposition of federal charges, as a sentence is
                          currently being served at the detaining facility

*Appearance is necessary on November 24, 2008 in the Eastern District of California.*

Signature:                    /s/ Richard Bender
Printed Name & Phone No:   Richard Bender
Attorney of Record for:       United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum            () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on November 24th, 2008, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 11/7/08

                                                        Dale A. Drozd
                                                  United States ~~District~~/Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable):                                                       Male _X_ Female ___
Booking or CDC #:        08-15883                                      DOB: 1979
Facility Address:         San Joaquin County Jail                       Race: Hispanic
                              999 West Mathews Road, French Camp, CA 95231    FBI #:

Facility Phone:
Currently Incarcerated For:   TSR Violation

### RETURN OF SERVICE

Executed on _____    By: _____
                                                                      (Signature)