# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**RAMON MARTIN GOMEZ**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **2:00CR00445 05**<br><br>L. NEGIN, AFD<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]  admitted guilt to violation of charges  1 THROUGH 5   as alleged in the second superseding violation petition filed on  5/12/2010 .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|

See next page.

The court:  [✔] revokes supervision heretofore ordered on   8/2/2001  .

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

6/8/2010
**Date of Imposition of Sentence**

/s/ John A. Mendez
**Signature of Judicial Officer**

**JOHN A. MENDEZ, United States District Judge**
**Name & Title of Judicial Officer**

06-15-2010
**Date**

CASE NUMBER:     2:00CR00445 05                                                             Judgment - Page 2 of 3
DEFENDANT:       RAMON MARTIN GOMEZ

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | FAILURE TO PARTICIPATE IN HOME DETENTION | 5/8/08 |
| 2 | FAILURE TO PARTICIPATE IN THE INTERMEDIATE SANCTION PROGRAM | 6/4/08 |
| 3 | USE OF ALCOHOLIC BEVERAGES | 5/29/08 |
| 4 | NEW LAW VIOLATION | 6/19/08 |
| 5 | ASSOCIATION WITH PROHIBITED PERSON | 6/19/08 |

| | | |
|---|---|---|
| CASE NUMBER: | 2:00CR00445 05 | Judgment - Page 3 of 3 |
| DEFENDANT: | RAMON MARTIN GOMEZ | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of

24 MONTHS, TO BE SERVED CONSECUTIVELY TO ANY SENTENCE OF IMPRISONMENT THAT THE DEFENDANT IS SERVING.

**NO SUPERVISION IS TO FOLLOW.**

[✔]   The court makes the following recommendations to the Bureau of Prisons:
   The Court recommends the defendant participate in the 500-Hour Bureau of Prisons Substance Abuse Treatment Program.

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
   [ ] at ___ on ___.
   [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [ ] before _ on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Officer.
   If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
   Deputy U.S. Marshal